Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RONALD A. JORGENSEN,  ) | No. CV 10-05569 RBL |
|                         Plaintiff,  ) | |
|                         ) | ORDER GRANTING |
|             vs.  ) | BNSF'S MOTION TO COMPEL |
|                         ) | DISCOVERY |
|                         ) | |
| BNSF RAILWAY COMPANY, a Delaware  ) | |
| Corporation,  ) | |
|                         ) | |
|                         Defendant.  ) | |
| _____ ) | |

THIS MATTER came before the Court on defendant BNSF's Motion to Compel

Discovery.  Having considered the pleadings filed in support of and in response to this

motion, the Court ORDERS as follows:

    1.    BNSF's Motion to Compel to Compel Discovery is GRANTED;

    2.    Plaintiff shall either produce his federal income tax records, including all

schedules, for the previous eight years or execute an authorization to release such records by

no later than 5:00 p.m. on March 19, 2012.

    DATED this 12th  day of March, 2012.

J. Richard Creatura
United States Magistrate Judge