Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RONALD A. JORGENSEN,<br><br>              Plaintiff,<br><br>   vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>              Defendant. | No. CV 10-05569 RBL<br><br>ORDER GRANTING BNSF'S MOTION TO COMPEL DISCOVERY |

THIS MATTER came before the Court on defendant BNSF's Motion to Compel Discovery. Having considered the pleadings filed in support of and in response to this motion, the Court ORDERS as follows:

    1.    BNSF's Motion to Compel to Compel Discovery is GRANTED;

    2.    Plaintiff shall either produce his federal income tax records, including all schedules, for the previous eight years or execute an authorization to release such records by no later than 5:00 p.m. on March 19, 2012.

DATED this 12th day of March, 2012.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING BNSF'S
MOTION TO COMPEL DISCOVERY - 1