**Judge Ronald B. Leighton**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RONALD A. JORGENSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>  Defendant. | No.  CV 10-05569-RBL<br><br>**MOTION, STIPULATION AND ORDER ALLOWING EXTENSION OF TIME TO FILE STIPULATION AND ORDER OF DISMISSAL** |

**MOTION**

The Plaintiff, through his undersigned counsel, hereby moves for an order allowing the extension of the date for filing the Stipulation and Order of Dismissal (see Ct. Dkt. 43) until June 11, 2012.

This Motion is made pursuant to LR 10(g) and LR 7(d)(1) and is based upon the stipulation of the parties and the Declaration of Patrick M. Risken, filed herewith.

DATED this 11th day of May, 2012.

                                              EVANS, CRAVEN & LACKIE, P.S.

                                              */s/ Patrick M. Risken*
                                              _____
                                              PATRICK M. RISKEN, WSBA#14632
                                              Attorneys for Plaintiff Ronald Jorgensen

STIPULATION AND ORDER
ALLOWING EXTENSION – 1

                                                Evans, Craven &
                                                      Lackie, P.S.
                                                818 W. Riverside, Suite 250
                                                  Spokane, WA 99201-0910
                                            (509) 455-5200; fax (509) 455-3632

## STIPULATION

The parties hereby stipulate to the extension of time to file the required Stipulation and Order of Dismissal herein, until June 11, 2012.

DATED this 11th day of May, 2012.                    DATED this 11th day of May, 2012

MONTGOMERY SCARP PLLC                          EVANS, CRAVEN & LACKIE, P.S.

*/s/ Bradley P. Scarp*                                       */s/ Patrick M. Risken*
_____          _____
BRADLEY P. SCARP, WSBA#21453              PATRICK M. RISKEN, WSBA#14632
Attorneys for Defendant                                Attorneys for Plaintiff
1218 Third Ave., Suite 2700                         818 West Riverside Ave., Suite 250
Seattle, WA  98101                                        Spokane, WA  99201
(206) 625-1801                                               (509) 455-5200

## ORDER

Upon the Motion of the Plaintiff and the Stipulation of the parties, it is hereby:

ORDERED that the date for filing the Stipulation and Order for Dismissal is extended to June 11, 2012.

DATED this 14th day of May, 2012.

_____
Ronald B. Leighton
United States District Judge

STIPULATION AND ORDER
ALLOWING EXTENSION – 2